## (October 7, 1952.)

In the Matter of the Application of JOSEPH APPLEMAN for Admission to the Bar.— Motion referred to the court that rendered the decision. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument, for leave to appeal to the Court of Appeals and for other relief. The motion is denied in all respects, except to the extent of permitting the applicant to examine and copy, under the supervision of the clerk of this court or the secretary of the Character Committee, all papers on file with said committee and clerk, excluding, however, all confidential reports of the committee and the court or of any member thereof, and excluding also any other matter of a confidential nature contained in such filed papers. Present — Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ.

## (October 8, 1952.)

In the Matter of WALTER DENSMORE, Respondent, against WALTER W. WESTALL et al., Constituting the Board of Elections, Westchester County, Appellants.— Order reversed on the law, without costs, and petition dismissed, without costs. It is conceded that notice of the party caucus, at which it is alleged that one William J. Murray was nominated, was not given as required by the provisions of section 146 of the Election Law. In our opinion, the provisions of that section with respect to notice are mandatory and may not be disregarded, and the purported nomination is consequently void. Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ., concur.

## (October 14, 1952.)

JEAN B. ARMSTRONG, Respondent, v. GIBSON & CUSHMAN, INC., Appellant.— Motion to dismiss appeal made on call of calendar on October 6, 1952. Motion granted, without costs, and appeal dismissed, without costs. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [202 Misc. 399.]